**EXHIBIT A-1**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Brian Shorr and Andrea Shorr,<br><br>        Plaintiffs,<br>v.<br><br>Marriott Vacation Club International, Inc., Marriott Vacations Worldwide Corporation, Marriott Vacation Club d/b/a Marriott's Monarch at Sea Pines, Island Fitness Equipment, LLC, John Doe I, and John Doe II,<br><br>        Defendants. | CASE NO.:<br><br>**NOTICE TO PLAINTIFFS OF REMOVAL OF STATE COURT ACTION** |

Pursuant to 28 U.S.C. § 1446(d), Defendant Marriott Resorts Hospitality Corporation incorrectly named as Marriott Vacation Club International, Inc., Marriott Vacations Worldwide Corporation, Marriott Vacation Club d/b/a/ Marriott's Monarch at Sea Pines, John Doe I and John Doe II, by and through its undersigned attorneys, gives notice to Plaintiffs Brian Shorr and Andrea Shorr, that Defendant has filed in the United States District Court for the District of South Carolina, Beaufort Division, the Notice of Removal in accordance with 28 U.S.C. §§ 1332 AND 1441.  Defendant also gives notice that it has filed the Notice to State Court of Filing Notice of Removal in the Court of Common Pleas of Beaufort County, State of South Carolina. Defendant's filing of these Notices with the Clerks of the federal and state courts shall effect the removal of this action and the state court may proceed no further unless and until this case is remanded.

*[SIGNATURE PAGE TO FOLLOW]*

This 29th day of April, 2022.

        Respectfully submitted,

        COPELAND, STAIR, VALZ & LOVELL, LLP

        By:   *s/Lee C. Weatherly*

| | |
|---|---|
| 40 Calhoun Street, Suite 400 | LEE C. WEATHERLY |
| Charleston, SC 29401 | Federal Bar No.: 9389 |
| *lweatherly@csvl.law* | KIERRA N. BROWN |
| *kbrown@csvl.law* | Federal Bar No.: 12717 |
| Ph: 843-727-0307 | ***Attorneys for Defendant Marriott Resorts Hospitality Corporation*** |

6803559v.1