DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Brian Shorr and Andrea Shorr,<br><br>    Plaintiffs,<br>v.<br><br>Marriott Vacation Club International, Inc., Marriott Vacations Worldwide Corporation, Marriott Vacation Club d/b/a Marriott's Monarch at Sea Pines, Island Fitness Equipment, LLC, John Doe I, and John Doe II,<br><br>    Defendants. | CASE NO.:9:22-cv-01388-DCN<br><br>**WITHDRAWAL OF DEFENDANT'S NOTICE OF REMOVAL** |

COMES NOW, Defendant Marriott Resorts Hospitality Corporation incorrectly named as Marriott Vacation Club International, Inc., Marriott Vacations Worldwide Corporation, Marriott Vacation Club d/b/a/ Marriott's Monarch at Sea Pines, John Doe I and John Doe II ("this Defendant"), by and through its undersigned attorneys, and hereby informs the Court as follows.

Based upon the allegations contained in Plaintiff's Amended Complaint, it appears that removal of this action is inappropriate at this time. As such, this Defendant hereby withdraws the Notice of Removal which was filed on April 29, 2022, and no further action by this Court is needed. Defendant reserves the right to remove this action pursuant to the Federal Rules of Civil Procedure at a later date, to the extent possible.

This 4th day of May, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

By:    s/Kierra N. Brown
       LEE C. WEATHERLY
40 Calhoun Street, Suite 400           Federal Bar No.: 9389
Charleston, SC 29401                   KIERRA N. BROWN
lweatherly@csvl.law                    Federal Bar No.: 12717
kbrown@csvl.law                        ***Attorneys for Defendant Marriott Resorts***
Ph: 843-727-0307                       ***Hospitality Corporation***