IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Brian Shorr and Andrea Shorr, | C/A No.: 9:22-cv-1388 DCN |
| Plaintiffs, | |
| -vs- | **ORDER** |
| Marriott Vacation Club International, Inc.; Marriott Vacations Worldwide Corporation; Marriott Vacation Club d/b/a Marriot's Monarch at Sea Pines; Island Fitness Equipment, LLC; John Doe I; and John Doe II, | |
| Defendants. | |

This matter is before the court upon defendants' motion to withdraw the notice of removal from state court. This motion was filed on May 4, 2022. For good cause shown, it is therefore

**ORDERED** that the motion to withdraw the notice of removal from state court is **GRANTED**. This action is hereby **REMANDED** to Beaufort County Court of Common Pleas.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

May 17, 2022
Charleston, South Carolina