# Heather Cornwell

| | |
|---|---|
| **From:** | Heather Cornwell |
| **Sent:** | Tuesday, May 17, 2022 2:45 PM |
| **To:** | jroseneau@bcgov.net |
| **Subject:** | 9:22-cv-01388-DCN  Shorr et al v. Marriott Vacation Club International, Inc. et al |
| **Attachments:** | 22-1388 nef order.pdf; 22-1388 filed order.pdf |

Good Afternoon-

Please be advised that on May 17, 2022 an order was entered remanding the above referenced case to your court. The case number assigned to this action in your Court is 2022CP0700548.

*<u>Please confirm receipt of the order by responding to this email.</u>*

A copy of the Notice of Electronic Filing and a certified copy of the order are attached.
The attorneys in this case are listed at the bottom of the Notice of Electronic Filing and will be responsible for sending the documents filed in Federal Court to State Court.

Thank you,
Heather Cornwell
Civil Case Administrator for the Honorable David C. Norton
United States District Court
(843) 579-1408